**GAYLE A. KERN, ESQ.**
Nevada Bar No. 1620
**KAREN M. AYARBE, ESQ.**
Nevada Bar No. 3358
**LEACH KERN GRUCHOW ANDERSON SONG**
5421 Kietzke Lane, Ste. 200
Reno, Nevada 89511
Tel: (775) 324-5930
Fax: (775) 324-6173
Email: gkern@lkglawfirm.com
Email: kayarbe@lkglawfirm.com
*Attorneys for Huffaker Hills Unit No. 2 Residence Association*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BAC Home Loans Servicing LP, fka Countrywide Home Loans Servicing LP; FEDERAL NATIONAL MORTGAGE ASSOCIATION, a government sponsored enterprise; FEDERAL HOUSING FINANCE AGENCY, as Conservator of Federal National Mortgage Association,<br>      Plaintiffs,<br>v.<br><br>HUFFAKER HILL UNIT NO. 2 RESIDENCE ASSOCIATION; NADINA BEVERLY, Trustee for the Beverly- Blair Trust No. 7,<br>      Defendants.<br>_____<br>NADINA BEVERLY, Trustee for the Beverly-Blair Trust No. 7,<br>      Counter-claimant,<br>v.<br><br>BANK OF AMERICA, N.A., successor by merger to BAC Home Loans Servicing LP, fka Countrywide Home Loans Servicing LP; FEDERAL NATIONAL MORTGAGE ASSOCIATION, a government sponsored enterprise; FEDERAL HOUSING FINANCE AGENCY, as Conservator of Federal National Mortgage Association,<br>      Counter-Defendants.<br>_____/ | Case No.: 3:15-CV-00502-MMD-WGC<br><br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT HUFFAKER HILL UNIT NO. 2 RESIDENCE ASSOCIATION TO FILE ITS RESPONSE TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>*[First Request]* |

***IT IS HEREBY STIPULATED*** between Plaintiff/Counter-Defendants, Bank of America N.A. ("BANA") and Federal National Mortgage Association ("FNMA") by and through their counsel Akerman LLP; Plaintiff/Counter-Defendant, Federal Housing Finance Agency ("FHFA" and collectively referred to as "Plaintiffs") and Defendant, Huffaker Hill Unit No. 2 Residence Association (the "Association"), by and through its counsel Leach Kern Gruchow Anderson Song, and collectively referred to as the "Parties", to extend the Association's deadline to file and serve its Response ("Response") to Plaintiffs' October 15, 2018 Motion for Summary Judgment ("Motion" at Doc. No. 60) to November 21, 2018.

The Association's response to Plaintiff's Motion is currently due on November 5, 2018. The Association's undersigned counsel is out of the country from October 19, 2018 through November 5, 2018. Good cause exists to extend the deadline, as the extension will allow Association's counsel an opportunity to review more fully the points and authorities raised in Plaintiffs' Motion and to respond thereto. This is the Parties' first request for an extension and is not intended to cause any delay or prejudice to any party.

| DATED this 24th day of October 2018. | DATED this 25th day of October 2018. |
|---|---|
| ***LEACH KERN GRUCHOW ANDERSON SONG*** | ***AKERMAN, LLP*** |
| */s/ Gayle A. Kern, Esq. for* <br> KAREN M. AYARBE, ESQ. <br> Nevada Bar No. 3358 <br> GAYLE A. KERN, ESQ. <br> Nevada Bar No. 1620 <br> 5421 Kietzke Lane, Ste. 200 <br> Reno, Nevada 89511 <br> Tel: (775) 324-5930 <br> Email: kayarbe@lkglawfirm.com <br> Email: gkern@lkglawfirm.com <br> *Attorneys for Defendant, Huffaker Hill Unit No. 2 Residence Association* | */s/ Jared M. Sechrist, Esq.* <br> JARED M. SECHRIST, ESQ. <br> Nevada Bar No. 10439 <br> ARIEL STERN, ESQ. <br> Nevada Bar No. 8276 <br> 1160 Town Center Drive, Ste. 330 <br> Las Vegas, NV 89144 <br> Tel: (702) 634-5000 <br> Email: jared.sechrist@akerman.com <br> *Attorneys for Plaintiffs/Counter-claimants Bank of America, N.A. & Federal National Mortgage Association* |

DATED this 25th day of October 2018.

*FENNEMORE CRAIG P.C.*

*/s/ Leslie Bryan Hart, Esq.*
LESLIE BRYAN HART, ESQ.
Nevada Bar No. 4932
JOHN D. TENNERT, ESQ.
Nevada Bar No. 11718
300 E. Second St., Suite 1510
Reno, NV 89501
Tel: (775) 788-2228
Email: lhart@fclaw.com
Email: jtennert@fclaw.com

and

*ARNOLD & PORTER KAYE SCHOLER LLP*

(Admitted *Pro Hac Vice*)
ASIM VARMA, ESQ.
HOWARD N. CAYNE, ESQ.
MICHAEL A.F. JOHNSON, ESQ.

*Attorneys for Plaintiff/Counter-Defendant Federal Housing Finance Agency*

## **ORDER**

**IT IS SO ORDERED** in the above-captioned case (Case No.: 3:15-CV-00502-MMD-WGC).

DATED this __25th__ day of October 2018.

_____
UNITED STATES DISTRICT JUDGE

*Respectfully Submitted By:*
*/s/ Gayle A. Kern, Esq.* for___
KAREN M. AYARBE, ESQ.
GAYLE A. KERN, ESQ.
*Attorneys for Defendant, Huffaker Hills Unit No. 2 Residence Association*

3

# CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure 5(b) and in accord with Local Rule IC 4-1(b) of the United States District Court for the District of Nevada, I certify that on this 25th day of October, 2018, a true and correct copy of the ***Stipulation and Order to Extend Deadline for Defendant Huffaker Hill Unit No. 2 Residence Association to File its Response to Plaintiffs' Motion for Summary Judgment [First Request],*** was transmitted electronically via the Court's Notice of Electronic Filing system to the attorneys associated with this case.

| | |
|---|---|
| **DAVID E ADKINS** | david@algnv.com |
| | adkinslaw@gmail.com |
| **HOWARD CAYNE** | howard.cayne@apks.com |
| **LESLIE BRYAN HART** | lhart@fclaw.com |
| | pcarmon@fclaw.com |
| **JARED M. SECHRIST** | jared.sechrist@akerman.com |
| **MICHAEL A.F. JOHNSON** | michael.johnson@apks.com |
| **ARIEL E. STERN** | ariel.stern@akerman.com |
| | julia.diaz2@akerman.com |
| | jennifer.richardson@akerman.com |
| | erin.abugow@akerman.com |
| | darren.brenner@akerman.com |
| | akermanlas@akerman.com |
| | tracey.wayne@akerman.com |
| **JOHN D. TENNERT** | jtennert@fclaw.com |
| | pcarmon@fclaw.com |
| **ASIM VARMA** | asim.varma@apks.com |

*/s/ Christine A. Lamia*
An Employee of Leach Kern Gruchow Anderson Song