1  DAVID E. ADKINS, ESQ.
2  Nevada Bar No. 4503
   611 Sierra Rose Dr., Suite B
3  Reno, Nevada 89511
   Tel: (775) 636-6222
4  Fax: (775) 636-6912
   Email: david@algnv.com
5
   *Attorney for Beverly-Blair Trust No. 7*
6

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING LP FKA COUNTRYWIDE HOME LOANS SERVICING LP; FEDERAL NATIONAL MORTGAGE ASSOCIATION, a government sponsored enterprise; FEDERAL HOUSING FINANCE AGENCY, as Conservator of Federal National Mortgage Association,<br><br>Plaintiffs,<br><br>v.<br><br>HUFFAKER HILL UNIT NO. 2 RESIDENCE ASSOCIATION; NADINA BEVERLY, TRUSTEE FOR THE BEVERLY- BLAIR TRUST NO. 7,<br><br>Defendants.<br>_____/ | Case No.: 3:15-CV-00502-MMD-WGC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT NADINA BEVERLY, TRUSTEE FOR THE BEVERLY-BLAIR TRUST NO. 7, TO OPPOSE PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND TO SET DEADLINE FOR REPLY BRIEFS.**<br><br>**[First Request]** |

**IT IS HEREBY STIPULATED** between Plaintiff/Counter-Defendants Bank of America N.A. ("BANA"), Federal National Mortgage Association ("FNMA") and Federal Housing Finance Agency ("FHFA") (collectively "Plaintiffs"), Defendant, Huffaker Hill Unit No. 2 Residence Association (the "Association"), and Defendant/Counterclaimant, Nadina Beverly, Trustee for the Beverly-Blair Trust No. 7 ("Beverly"), by and through the parties' respective counsel, to extend the deadline for Beverly to oppose Plaintiffs' Motion for Summary Judgment

- 1 -

filed on October 15, 2018 ("Motion" at Doc. No. 60) to November 21, 2018.

Beverly's opposition to Plaintiff's Motion is currently due on November 5, 2018. Good cause exists to extend the deadline for the reason that, as the Court has already granted Plaintiffs' and Defendant Huffaker Hill Unit No. 2 Residence Association's ("Association") stipulation to extend Association's deadline to respond to the Motion until November 21, 2018, to allow Beverly the same time to respond would allow Beverly's counsel to coordinate his opposition with Association's, and for the added reason that Beverly's counsel was absent from his office for a portion of October, and requires additional time to more fully research his client's opposition.

In consideration of the above extension, the parties further stipulate that Plaintiffs shall have through December 12, 2018, in which to file their respective reply briefs to both Association's and to Beverly's opposition briefs, in support of their Motion.

This is the Parties' first request for an extension regarding Beverly's opposition and to set a deadline for the filing of any reply briefs and is not intended to cause any delay or prejudice to any party.

| DATED this 1st day of November 2018. | DATED this 2nd day of November 2018. |
|---|---|
| **DAVID E. ADKINS, ESQ.** | **AKERMAN, LLP** |
| */s/ David E. Adkins, Esq.* | */s/ Jared M. Sechrist, Esq.* |
| DAVID E. ADKINS, ESQ. | JARED M. SECHRIST, ESQ. |
| Nevada Bar No. 4503 | Nevada Bar No. 10439 |
| 611 Sierra Rose Drive, Suite B | ARIEL STERN, ESQ. |
| Reno, NV 89511 | Nevada Bar No. 8276 |
| Tel: (775) 636-6222 | 1160 Town Center Drive, Ste. 330 |
| Email: david@algnv.com | Las Vegas, NV 89144 |
| *Attorney for Nadina Blair, Trustee for Beverly-Blair Trust No. 7* | Tel: (702) 634-5000 |
| | Email: jared.sechrist@akerman.com |
| | *Attorneys for Plaintiffs Bank of America, N.A. & Federal National Mortgage Association* |

| | |
|---|---|
| DATED this 2nd day of November 2018. | DATED this 2nd day of November 2018. |
| **FENNEMORE CRAIG P.C.** | **LEACH KERN GRUCHOW ANDERSON SONG** |
| /s/ Leslie Bryan Hart, Esq. | |
| LESLIE BRYAN HART, ESQ. | /s/ Gayle A. Kern, Esq. |
| Nevada Bar No. 4932 | KAREN M. AYARBE, ESQ. |
| JOHN D. TENNERT, ESQ. | Nevada Bar No. 3358 |
| Nevada Bar No. 11718 | GAYLE A. KERN, ESQ. |
| 300 E. Second St., Suite 1510 | Nevada Bar No. 1620 |
| Reno, NV 89501 | 5421 Kietzke Lane, Ste. 200 |
| Tel: (775) 788-2228 | Reno, Nevada 89511 |
| Email: lhart@fclaw.com | Tel: (775) 324-5930 |
| Email: jtennert@fclaw.com | Email: kayarbe@lkglawfirm.com |
| | Email: gkern@lkglawfirm.com |
| and | *Attorneys for Defendant, Huffaker Hill Unit No. 2 Residence Association* |
| ***ARNOLD & PORTER KAYE SCHOLER LLP*** | |
| (Admitted *Pro Hac Vice*) | |
| ASIM VARMA, ESQ. | |
| HOWARD N. CAYNE, ESQ. | |
| MICHAEL A.F. JOHNSON, ESQ. | |
| *Attorneys for Plaintiff/Counter-Defendant Federal Housing Finance Agency* | |

## ORDER

**IT IS SO ORDERED** in the above-captioned case (Case No.: 3:15-CV-00502-MMD-WGC).

DATED this  5th  day of November, 2018.

_____
UNITED STATES DISTRICT JUDGE

*Respectfully Submitted By:*

/s/ David E. Adkins, Esq.
DAVID E. ADKINS, ESQ.
*Attorney for Nadina Beverly, Trustee for the Beverly-Blair Trust No. 7*

- 3 -