DAVID E. ADKINS, ESQ.
Nevada Bar No. 4503
611 Sierra Rose Dr., Suite B
Reno, Nevada 89511
Tel: (775) 636-6222
Fax: (775) 636-6912
Email: david@algnv.com

*Attorney for Beverly-Blair Trust No. 7*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING LP FKA COUNTRYWIDE HOME LOANS SERVICING LP; FEDERAL NATIONAL MORTGAGE ASSOCIATION, a government sponsored enterprise; FEDERAL HOUSING FINANCE AGENCY, as Conservator of Federal National Mortgage Association, | Case No.: 3:15-CV-00502-MMD-WGC **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO OPPOSE PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND TO SET DEADLINE FOR REPLY BRIEFS.** |
| Plaintiffs, | **[Second Request]** |
| v. | |
| HUFFAKER HILL UNIT NO. 2 RESIDENCE ASSOCIATION; NADINA BEVERLY, TRUSTEE FOR THE BEVERLY- BLAIR TRUST NO. 7, | |
| Defendants. _____/ | |

**IT IS HEREBY STIPULATED** between Plaintiff/Counter-Defendants Bank of America N.A. ("BANA"), Federal National Mortgage Association ("FNMA") and Federal Housing Finance Agency ("FHFA") (collectively "Plaintiffs"), Defendant, Huffaker Hill Unit No. 2 Residence Association (the "Association"), and Defendant/Counterclaimant, Nadina Beverly, Trustee for the Beverly-Blair Trust No. 7 ("Beverly"), by and through the parties'

- 1 -

respective counsel, to extend the deadline for Beverly to oppose Plaintiffs' Motion for Summary Judgment filed on October 15, 2018 ("Motion" at Doc. No. 60) to November 27, 2018, and the deadline for Huffaker to oppose the Motion to November 30, 2018.

Both Defendants' oppositions to the Motion are currently due on November 21, 2018. Good cause exists to extend the deadlines for the reason that Beverly's counsel has been out of the office sick, and as a result requires a few additional days in which to prepare, and for the reason that Huffaker desires to coordinate its opposition with Beverly's and requires a few additional days beyond the filing of Beverly's opposition in order to do so.

In consideration of the above extension, the parties further stipulate that Plaintiffs shall have through December 21, 2018, in which to file their respective reply briefs to both Association's and to Beverly's opposition briefs, in support of their Motion. Plaintiff's current deadline to file their reply is December 12, 2018.

This is the Parties' second request for an extension regarding Beverly's opposition and to set a deadline for the filing of any reply briefs and is not intended to cause any delay or prejudice to any party.

DATED this 21st day of November 2018.   DATED this 21st day of November 2018.

**DAVID E. ADKINS, ESQ.**  **AKERMAN, LLP**

*/s/ David E. Adkins, Esq.*　　　　　　　　*/s/ Jared M. Sechrist, Esq.*
DAVID E. ADKINS, ESQ.　　　　　　　　JARED M. SECHRIST, ESQ.
Nevada Bar No. 4503　　　　　　　　　　Nevada Bar No. 10439
611 Sierra Rose Drive, Suite B　　　　　　ARIEL STERN, ESQ.
Reno, NV 89511　　　　　　　　　　　　Nevada Bar No. 8276
Tel: (775) 636-6222　　　　　　　　　　　1160 Town Center Drive, Ste. 330
Email: david@algnv.com　　　　　　　　Las Vegas, NV 89144
*Attorney for Nadina Blair, Trustee for*　　Tel: (702) 634-5000
*Beverly-Blair Trust No. 7*　　　　　　　　Email: jared.sechrist@akerman.com
　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs Bank of America, N.A.*
　　　　　　　　　　　　　　　　　　　　*& Federal National Mortgage Association*

DATED this 21st day of November 2018.   DATED this 21st day of November 2018.

**FENNEMORE CRAIG P.C.**

*/s/ Leslie Bryan Hart, Esq.*
LESLIE BRYAN HART, ESQ.
Nevada Bar No. 4932
JOHN D. TENNERT, ESQ.
Nevada Bar No. 11718
300 E. Second St., Suite 1510
Reno, NV 89501
Tel: (775) 788-2228
Email: lhart@fclaw.com
Email: jtennert@fclaw.com

and

***ARNOLD & PORTER KAYE SCHOLER LLP***
(Admitted *Pro Hac Vice*)
ASIM VARMA, ESQ.
HOWARD N. CAYNE, ESQ.
MICHAEL A.F. JOHNSON, ESQ.

*Attorneys for Plaintiff/Counter-Defendant Federal Housing Finance Agency*

**LEACH KERN GRUCHOW ANDERSON SONG**

*/s/ Karen M. Ayarbe, Esq.*
KAREN M. AYARBE, ESQ.
Nevada Bar No. 3358
GAYLE A. KERN, ESQ.
Nevada Bar No. 1620
5421 Kietzke Lane, Ste. 200
Reno, Nevada 89511
Tel: (775) 324-5930
Email: kayarbe@lkglawfirm.com
Email: gkern@lkglawfirm.com
*Attorneys for Defendant, Huffaker Hill Unit No. 2 Residence Association*

## **ORDER**

**IT IS SO ORDERED** in the above-captioned case (Case No.: 3:15-CV-00502-MMD-WGC).

DATED this 26th day of November, 2018.

_____
UNITED STATES DISTRICT JUDGE

*Respectfully Submitted By:*

*/s/ David E. Adkins, Esq.*
DAVID E. ADKINS, ESQ.
*Attorney for Nadina Beverly, Trustee for the Beverly-Blair Trust No. 7*